UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 07-11271 |
| | : CHAPTER 7 |
| MAUREEN P. BENNETT, DEBTOR | : |
| | : |
| JOHN C. MELARAGNO, ESQ., | : DOCUMENT NO. 21 |
| TRUSTEE, Movant | : |
| vs. | : |
| MAUREEN P. BENNETT, Respondent | : |

### MEMORANDUM AND ORDER

The above matter is the TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIM FOR EXEMPTION.

After brief argument on June 16, 2008 the matter was taken under advisement, it being presumed that the facts were fully developed by the motion and the response. However, a more detailed review indicates that additional information is necessary.

The voluntary petition was filed August 10, 2007.

The file does not indicate the date of the transfer by the Debtor to her children, nor does it state the date of the post petition sale by the children to an outside party.

Also not stated is the amount of consideration paid in each or any of the transfers.

IT IS, THEREFORE ORDERED, that the parties shall submit to the Court the above missing information by July 1, 2008.

It would appear that the above information is noncontroversial and that counsel might submit a joint statement.

Dated: June 19th, 2008

Warren W. Bentz
United States Bankruptcy Judge

FILED
JUN 18 2008
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE