UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 07-11271 |
| | : | CHAPTER 7 |
| MAUREEN P. BENNETT, DEBTOR | : | |
| | : | |
| JOHN C. MELARAGNO, ESQ., | : | DOCUMENT NO. 21 |
| TRUSTEE, Movant | : | |
| vs. | : | |
| MAUREEN P. BENNETT, Respondent | : | |

## MEMORANDUM AND ORDER

Counsel for the Debtor has requested a correction of the Court's Memorandum of June 19, 2008. Debtor's Counsel points out that Debtor's Statement of Affairs indicated the date of the transfer as being February 6, 2004. The Court's Memorandum is hereby corrected to show same.

The record does not show the date of the sale and conveyance by the children to an outside party; nor does it show the amount of consideration paid for any of the transfers.

Counsel is requested to supply the missing information on or before July 16, 2008.

Dated: July 7, 2008

Warren W. Bentz
United States Bankruptcy Judge

FILED
JUL 7 2008