UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 07-11271 |
| | : CHAPTER 7 |
| MAUREEN P. BENNETT, DEBTOR | : |
| | : |
| JOHN C. MELARAGNO, ESQ., | : DOCUMENT NOS. 45 and 47 |
| TRUSTEE, Movant | : |
| vs. | : |
| MAUREEN P. BENNETT, Respondent | : |

**MEMORANDUM AND ORDER**

Under date of September 24, 2008 the Court entered an Order sustaining the Trustee's Objection to Debtor's claim for exemption in certain "real estate proceeds" in the amount of $5,170.07. After reargument and further consideration of the facts and the law, it is clear that the transfer by the Debtor was voluntary and therefore the property may not be exempted under 11 U.S.C. § 522(g)(1)(A). It does not appear that there is any way that the Debtor may avoid the import of that specific statute.

It is THEREFORE ORDERED that the Debtor's claim for exemption in the "real estate proceeds" in the amount of $5,170.07 is DENIED.

Dated: November 10th, 2008

Warren W. Bentz
United States Bankruptcy Judge

**FILED**

NOV 10 2008

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE